# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: ADOLPHSON, MARK R<br>         ADOLPHSON, JONNA D<br><br>Debtor(s) | § Case No. 09-72851<br>§<br>§<br>§ |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on July 09, 2009. The undersigned trustee was appointed on August 13, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $       40,007.97

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 1,774.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 38,233.97 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 11/30/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,750.80. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $4,750.80, for a total compensation of $4,750.80. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $76.52, for total expenses of $76.52.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/05/2010          By:/s/JOSEPH D. OLSEN
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-72851
**Case Name:** ADOLPHSON, MARK R
ADOLPHSON, JONNA D
**Period Ending:** 04/05/10

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 07/09/09 (f)
**§341(a) Meeting Date:** 08/13/09
**Claims Bar Date:** 11/30/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at: 349 Sheridan Drive, Love | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | U.S. Bank/ checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc. household goods and furnishings | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing and personal items | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wedding Rings/Jewelry | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Term Life Insurance Policy- no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Two (2) Whole Life Insurance Policies | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | Interest in S.U.R.S. | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | 2001 Ford Econoline | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1996 Mercury Sable | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1996 Chevrolet Lumina | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 25 Foot Boat | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Wisconsin R.E. | 53,375.00 | 40,000.00 | | 40,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 7.97 | Unknown |
| 14 | Assets    Totals (Excluding unknown values) | $167,975.00 | $40,000.00 | | $40,007.97 | $0.00 |

**Major Activities Affecting Case Closing:**

Only thing trustee was administering was a 1/4 interest in a vacation home in Northern Wisconsin. The trustee sold the interest back to one of the other co-owners for the sum of $40,000.00. Tax returns were necessary to be prepared and have been prepared and filed. The Motion to Compensate Accountants is up 1/20/10 so that should be taken care of in the first month of 2010 then we have to wait for the quick determination period to expire with the taxing authorities to file the final report. Should be completed by 3/31/10.

**Initial Projected Date Of Final Report (TFR):**   March 31, 2010       **Current Projected Date Of Final Report (TFR):**   March 31, 2010

Printed: 04/05/2010 07:34 AM    V.11.54

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 09-72851  
Case Name: ADOLPHSON, MARK R  
ADOLPHSON, JONNA D  
Taxpayer ID #: 54-6869445  
Period Ending: 04/05/10  

Trustee: JOSEPH D. OLSEN (330400)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****42-65 - Money Market Account  
Blanket Bond: $1,500,000.00 (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/09 | {13} | Mark and Jonna Adolphson | Wisconsin real etate | 1110-000 | 40,000.00 | | 40,000.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 40,000.05 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.63 | | 40,001.68 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.68 | | 40,003.36 |
| 12/22/09 | | To Account #********4266 | Pay IL & WI taxes & transfer funds to pay accts. | 9999-000 | | 1,774.00 | 38,229.36 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.66 | | 38,231.02 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.50 | | 38,232.52 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.45 | | 38,233.97 |
| | | | ACCOUNT TOTALS | | 40,007.97 | 1,774.00 | $38,233.97 |
| | | | Less: Bank Transfers | | 0.00 | 1,774.00 | |
| | | | Subtotal | | 40,007.97 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $40,007.97 | $0.00 | |

{} Asset reference(s)

Printed: 04/05/2010 07:34 AM   V.11.54

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-72851 | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | ADOLPHSON, MARK R | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ADOLPHSON, JONNA D | Account: | ***-*****42-66 - Checking Account |
| Taxpayer ID #: | 54-6869445 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/05/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/09 | | From Account #********4265 | Pay IL & WI taxes & transfer funds to pay accts. | 9999-000 | 1,774.00 | | 1,774.00 |
| 12/22/09 | 101 | Illinois Department of Revenue | Pay 12/31/08 fiduciary taxes | 2820-000 | | 524.00 | 1,250.00 |
| 12/22/09 | 102 | Wisconsin Department of Revenue | pymt of 12/31/08 fiduciary taxes | 2820-000 | | 650.00 | 600.00 |
| 01/25/10 | 103 | Sikich, LLP | Pymt of Acct fees per Court Order of 1/20/10 | 3310-000 | | 600.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,774.00 | 1,774.00 | $0.00 |
| | | | Less: Bank Transfers | | 1,774.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,774.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $1,774.00 | |

| Net Receipts : | 40,007.97 |
|---|---|
| Net Estate : | $40,007.97 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****42-65 | 40,007.97 | 0.00 | 38,233.97 |
| Checking # ***-*****42-66 | 0.00 | 1,774.00 | 0.00 |
| | $40,007.97 | $1,774.00 | $38,233.97 |

{} Asset reference(s)    Printed: 04/05/2010 07:34 AM    V.11.54

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 30, 2009

**Case Number:** 09-72851　　　　　　　　　　　　Page: 1　　　　　　　　　　　　**Date:** April 5, 2010
**Debtor Name:** ADOLPHSON, MARK R　　　　　　　　　　　　　　　　　　　　　　　**Time:** 07:34:55 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $4,750.80 | $0.00 | 4,750.80 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $76.52 | $0.00 | 76.52 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $1,338.75 | $0.00 | 1,338.75 |
| 1<br>610 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $8,863.53 | $0.00 | 8,863.53 |
| 2<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $5,903.98 | $0.00 | 5,903.98 |
| 3<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $22,469.87 | $0.00 | 22,469.87 |
| 4<br>610 | PYOD LLC its successors and assigns as assignee of<br>MHC Receivables, LLC,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $525.43 | $0.00 | 525.43 |
| 5<br>610 | PYOD LLC its successors and assigns as assignee of<br>Citibank,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $10,483.28 | $0.00 | 10,483.28 |
| 6<br>610 | PYOD LLC its successors and assigns as assignee of<br>Citibank,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $15,254.89 | $0.00 | 15,254.89 |
| 7<br>610 | PYOD LLC its successors and assigns as assignee of<br>Citibank,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $12,082.16 | $0.00 | 12,082.16 |
| 8<br>610 | PYOD LLC its successors and assigns as assignee of<br>Citibank,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $5,270.66 | $0.00 | 5,270.66 |
| 9<br>610 | Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | | $2,277.46 | $0.00 | 2,277.46 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 30, 2009

**Case Number:** 09-72851  
**Debtor Name:** ADOLPHSON, MARK R  

Page: 2

**Date:** April 5, 2010  
**Time:** 07:34:55 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 610 | GE Money Bank dba JCPENNEY CREDIT SERVICES<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $833.26 | $0.00 | 833.26 |
| 11 610 | GE Money Bank dba OLD NAVY<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $269.95 | $0.00 | 269.95 |
| 12 610 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $12,073.72 | $0.00 | 12,073.72 |
| << Totals >> | | | | 102,474.26 | 0.00 | 102,474.26 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-72851
Case Name: ADOLPHSON, MARK R
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*
                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 4,750.80 | $ 76.52 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 1,338.75 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 96,308.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 8,863.53 | $ 2,951.31 |
| 2 | Chase Bank USA, N.A. | $ 5,903.98 | $ 1,965.86 |
| 3 | Chase Bank USA, N.A. | $ 22,469.87 | $ 7,481.83 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 525.43 | $ 174.95 |
| 5 | PYOD LLC its successors and assigns as assignee of | $ 10,483.28 | $ 3,490.63 |
| 6 | PYOD LLC its successors and assigns as assignee of | $ 15,254.89 | $ 5,079.44 |
| 7 | PYOD LLC its successors and assigns as assignee of | $ 12,082.16 | $ 4,023.02 |
| 8 | PYOD LLC its successors and assigns as assignee of | $ 5,270.66 | $ 1,754.98 |
| 9 | Chase Bank USA,N.A. | $ 2,277.46 | $ 758.33 |
| | GE Money Bank dba | | |

**UST Form 101-7-TFR (9/1/2009)**

| 10 | JCPENNEY CREDIT SERVICES | $ | 833.26 | $ | 277.45 |
| 11 | GE Money Bank dba OLD NAVY | $ | 269.95 | $ | 89.89 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | 12,073.72 | $ | 4,020.21 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                            Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                            Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**