UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ADOLPHSON, MARK R<br>ADOLPHSON, JONNA D<br><br>Debtor(s) | § Case No. 09-72851<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/10/2010 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 04/05/2010    By: /s/JOSEPH D. OLSEN
                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: ADOLPHSON, MARK R § Case No. 09-72851
      ADOLPHSON, JONNA D § 
 § 
Debtor(s) § 

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 40,007.97 |
| *and approved disbursements of* | $ 1,774.00 |
| *leaving a balance on hand of* [1] | $ 38,233.97 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                        *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 4,750.80 | $ 76.52 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 1,338.75 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 96,308.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 8,863.53 | $ 2,951.31 |
| 2 | Chase Bank USA, N.A. | $ 5,903.98 | $ 1,965.86 |
| 3 | Chase Bank USA, N.A. | $ 22,469.87 | $ 7,481.83 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 525.43 | $ 174.95 |
| 5 | PYOD LLC its successors and assigns as assignee of | $ 10,483.28 | $ 3,490.63 |
| 6 | PYOD LLC its successors and assigns as assignee of | $ 15,254.89 | $ 5,079.44 |
| 7 | PYOD LLC its successors and assigns as assignee of | $ 12,082.16 | $ 4,023.02 |
| 8 | PYOD LLC its successors and assigns as assignee of | $ 5,270.66 | $ 1,754.98 |
| 9 | Chase Bank USA, N.A. | $ 2,277.46 | $ 758.33 |
| | GE Money Bank dba JCPENNEY CREDIT | | |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 10 | SERVICES | $ 833.26 | $ 277.45 |
| 11 | GE Money Bank dba OLD NAVY | $ 269.95 | $ 89.89 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 12,073.72 | $ 4,020.21 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                    Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                    Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores              Page 1 of 1          Date Rcvd: Apr 21, 2010
Case: 09-72851                Form ID: pdf006            Total Noticed: 27

The following entities were noticed by first class mail on Apr 23, 2010.
db/jdb       +Mark R Adolphson,   Jonna D Adolphson,   349 Sheridan Drive,   Loves Park, IL 61111-4583
aty          +Jeffry A. Dahlberg,   Balsley and Dahlberg, LLP,   5130 N Second St,   Loves Park, IL 61111-5002
tr           +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
14141447      BANK OF AMERICA,   P.O. Box 15026,   Wilmington, DE 19850-5026
14141448      BERGNER'S,   P.O. Box 15521,   Wilmington, DE 19850-5521
14141449      CAPITAL ONE,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
14141450      CARDMEMBER SERVICE/CHASE,   P.O. Box 15298,   Wilmington, DE 19850-5298
14141451      CITI CARDS,   P.O. Box 6000,   The Lakes, NV 89163-6000
14141452      COLONIAL SAVINGS,   P.O. Box 2988,   Fort Worth, TX 76113-2988
14141453     +CREDIT ONE BANK,   P.O. Box 98873,   Las Vegas, NV 89193-8873
14473702      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14485338     +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
               Dallas, TX 75374-0933
14141455      FIRST PREMIER BANK,   P.O. Box 5519,   Sioux Falls, SD 57117-5519
14141457     +JUNIPER BANK,   P.O. Box 8802,   Wilmington, DE 19899-8802
14474290     +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
14474215     +PYOD LLC its successors and assigns as assignee of,   MHC Receivables, LLC,
               c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
14141460     +SEARS GOLD MASTERCARD,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
14141461      THE HOME DEPOT,   P.O. Box 689100,   Des Moines, IA 50368-9100
14141462    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:   U.S. BANK,   Mail Loc.CNTX05 Attn: 5th Fl. BK.,   P.O. Box 5229,
               Cincinnati, OH 45201)

The following entities were noticed by electronic transmission on Apr 21, 2010.
14398482      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 22 2010 01:50:10      DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14141454      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 22 2010 01:50:10      DISCOVER CARD,
               P.O. Box 30943,   Salt Lake City, UT 84130
14757938      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 22 2010 02:20:02
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14698246     +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2010 01:19:30
               GE Money Bank dba JCPENNEY CREDIT SERVICES,   Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14698247     +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2010 01:19:30      GE Money Bank dba OLD NAVY,
               Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14141456     +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2010 01:19:30      J.C. PENNEY,   P.O. Box 981403,
               El Paso, TX 79998-1403
14141458      E-mail/PDF: cr-bankruptcy@kohls.com Apr 22 2010 01:04:34      KOHL'S,   P.O. Box 3043,
               Milwaukee, WI 53201-3043
14141459      E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2010 01:19:30      OLD NAVY,   P.O. Box 981064,
               El Paso, TX 79998-1064
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2010**          **Signature:** _Joseph Speetjens_