**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: ADOLPHSON, MARK R § | Case No. 09-72851 |
| ADOLPHSON, JONNA D § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $114,600.00 *(without deducting any secured claims)* | Assets Exempt: $41,000.00 |
| Total Distribution to Claimants: $32,072.35 | Claims Discharged Without Payment: $78,760.89 |
| Total Expenses of Administration: $7,940.07 | |

3) Total gross receipts of $ 40,012.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $40,012.42 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

Case 09-72851    Doc 41    Filed 11/05/10    Entered 11/05/10 13:38:18    Desc Main
            Document      Page 2 of 11

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,940.07 | 7,940.07 | 7,940.07 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 110,833.24 | 110,833.24 | 32,072.35 |
| **TOTAL DISBURSEMENTS** | $0.00 | $118,773.31 | $118,773.31 | $40,012.42 |

    4) This case was originally filed under Chapter 7 on July 09, 2009.
. The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/05/2010           By:  /s/JOSEPH D. OLSEN
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wisconsin R.E. | 1210-000 | 40,000.00 |
| Interest Income | 1270-000 | 12.42 |
| **TOTAL GROSS RECEIPTS** | | **$40,012.42** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 4,750.80 | 4,750.80 | 4,750.80 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 76.52 | 76.52 | 76.52 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,338.75 | 1,338.75 | 1,338.75 |
| Illinois Department of Revenue | 2820-000 | N/A | 524.00 | 524.00 | 524.00 |
| Wisconsin Department of Revenue | 2820-000 | N/A | 650.00 | 650.00 | 650.00 |
| Sikich, LLP | 3310-000 | N/A | 600.00 | 600.00 | 600.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,940.07 | 7,940.07 | 7,940.07 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | N/A | 8,863.53 | 8,863.53 | 2,951.72 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,903.98 | 5,903.98 | 1,966.13 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 22,469.87 | 22,469.87 | 7,482.87 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 525.43 | 525.43 | 0.00 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 10,483.28 | 10,483.28 | 0.00 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 15,254.89 | 15,254.89 | 0.00 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 12,082.16 | 12,082.16 | 0.00 |
| 8 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 5,270.66 | 5,270.66 | 0.00 |
| 9 | Chase Bank USA,N.A. | 7100-000 | N/A | 2,277.46 | 2,277.46 | 758.43 |
| 10 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | N/A | 833.26 | 833.26 | 277.49 |
| 11 | GE Money Bank dba OLD NAVY | 7100-000 | N/A | 269.95 | 269.95 | 89.90 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 12,073.72 | 12,073.72 | 4,020.76 |
|  | United States Bankruptcy Court | 7100-000 | N/A | 14,525.05 | 14,525.05 | 14,525.05 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | 0.00 | 110,833.24 | 110,833.24 | 32,072.35 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72851  
**Case Name:** ADOLPHSON, MARK R  
ADOLPHSON, JONNA D  
**Period Ending:** 11/05/10

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/09/09 (f)  
**§341(a) Meeting Date:** 08/13/09  
**Claims Bar Date:** 11/30/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Real estate located at: 349 Sheridan Drive, Love | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | U.S. Bank/ checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc. household goods and furnishings | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing and personal items | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wedding Rings/Jewelry | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Term Life Insurance Policy- no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Two (2) Whole Life Insurance Policies | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | Interest in S.U.R.S. | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | 2001 Ford Econoline | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1996 Mercury Sable | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1996 Chevrolet Lumina | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 25 Foot Boat | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Wisconsin R.E. (u) | 53,375.00 | 40,000.00 | | 40,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 12.42 | Unknown |
| 14 | Assets Totals (Excluding unknown values) | **$167,975.00** | **$40,000.00** | | **$40,012.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 31, 2010      **Current Projected Date Of Final Report (TFR):**    March 31, 2010

Printed: 11/05/2010 11:59 AM    V.12.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-72851 | **Trustee:** | JOSEPH D. OLSEN (330400) | |
| **Case Name:** | ADOLPHSON, MARK R | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | ADOLPHSON, JONNA D | **Account:** | ***-*****42-65 - Money Market Account | |
| **Taxpayer ID #:** | **-***9445 | **Blanket Bond:** | $1,500,000.00   (per case limit) | |
| **Period Ending:** | 11/05/10 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/09 | {13} | Mark and Jonna Adolphson | Wisconsin real etate | 1210-000 | 40,000.00 | | 40,000.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.05 | | 40,000.05 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.63 | | 40,001.68 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.68 | | 40,003.36 |
| 12/22/09 | | To Account #********4266 | Pay IL & WI taxes & transfer funds to pay accts. | 9999-000 | | 1,774.00 | 38,229.36 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.66 | | 38,231.02 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.50 | | 38,232.52 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.45 | | 38,233.97 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.71 | | 38,235.68 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.98 | | 38,236.66 |
| 04/20/10 | | Wire out to BNYM account 9200******4265 | Wire out to BNYM account 9200******4265 | 9999-000 | -38,236.66 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 1,774.00 | 1,774.00 | $0.00 |
| Less: Bank Transfers | -38,236.66 | 1,774.00 | |
| Subtotal | 40,010.66 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$40,010.66** | **$0.00** | |

{} Asset reference(s)

Printed: 11/05/2010 11:59 AM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-72851  
**Case Name:** ADOLPHSON, MARK R  
ADOLPHSON, JONNA D  
**Taxpayer ID #:** **-***9445  
**Period Ending:** 11/05/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****42-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/09 | | From Account #********4265 | Pay IL & WI taxes & transfer funds to pay accts. | 9999-000 | 1,774.00 | | 1,774.00 |
| 12/22/09 | 101 | Illinois Department of Revenue | Pay 12/31/08 fiduciary taxes | 2820-000 | | 524.00 | 1,250.00 |
| 12/22/09 | 102 | Wisconsin Department of Revenue | pymt of 12/31/08 fiduciary taxes | 2820-000 | | 650.00 | 600.00 |
| 01/25/10 | 103 | Sikich, LLP | Pymt of Acct fees per Court Order of 1/20/10 | 3310-000 | | 600.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,774.00 | 1,774.00 | $0.00 |
| | | | Less: Bank Transfers | | 1,774.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,774.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,774.00** | |

{} Asset reference(s)

Printed: 11/05/2010 11:59 AM    V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-72851  
**Case Name:** ADOLPHSON, MARK R  
ADOLPHSON, JONNA D  
**Taxpayer ID #:** **-***9445  
**Period Ending:** 11/05/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******42-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4265 | Wire in from JPMorgan Chase Bank, N.A. account ********4265 | 9999-000 | 38,236.66 | | 38,236.66 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.80 | | 38,237.46 |
| 05/13/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.96 | | 38,238.42 |
| 05/13/10 | | To Account #9200******4266 | Preparation of Amd Dist. Rpt | 9999-000 | | 38,238.42 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 38,238.42 | 38,238.42 | $0.00 |
| | | | Less: Bank Transfers | | 38,236.66 | 38,238.42 | |
| | | | **Subtotal** | | 1.76 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.76** | **$0.00** | |

{} Asset reference(s)

Printed: 11/05/2010 11:59 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-72851  
**Case Name:** ADOLPHSON, MARK R  
ADOLPHSON, JONNA D  
**Taxpayer ID #:** **-***9445  
**Period Ending:** 11/05/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******42-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/13/10 | | From Account #9200******4265 | Preparation of Amd Dist. Rpt | 9999-000 | 38,238.42 | | 38,238.42 |
| 05/17/10 | 10104 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,338.75, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,338.75 | 36,899.67 |
| 05/17/10 | 10105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $4,750.80, Trustee Compensation; Reference: | 2100-000 | | 4,750.80 | 32,148.87 |
| 05/17/10 | 10106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $76.52, Trustee Expenses; Reference: | 2200-000 | | 76.52 | 32,072.35 |
| 05/17/10 | 10107 | DISCOVER BANK | Dividend paid 33.30% on $8,863.53; Claim# 1; Filed: $8,863.53; Reference: | 7100-000 | | 2,951.72 | 29,120.63 |
| 05/17/10 | 10108 | Chase Bank USA, N.A. | Dividend paid 33.30% on $5,903.98; Claim# 2; Filed: $5,903.98; Reference: | 7100-000 | | 1,966.13 | 27,154.50 |
| 05/17/10 | 10109 | Chase Bank USA, N.A. | Dividend paid 33.30% on $22,469.87; Claim# 3; Filed: $22,469.87; Reference: | 7100-000 | | 7,482.87 | 19,671.63 |
| 05/17/10 | 10110 | PYOD LLC its successors and assigns as assignee of | Dividend paid 33.30% on $525.43; Claim# 4; Filed: $525.43; Reference: Stopped on 09/13/10 | 7100-004 | | 174.98 | 19,496.65 |
| 05/17/10 | 10111 | PYOD LLC its successors and assigns as assignee of | Dividend paid 33.30% on $10,483.28; Claim# 5; Filed: $10,483.28; Reference: Stopped on 09/13/10 | 7100-004 | | 3,491.12 | 16,005.53 |
| 05/17/10 | 10112 | PYOD LLC its successors and assigns as assignee of | Dividend paid 33.30% on $15,254.89; Claim# 6; Filed: $15,254.89; Reference: Stopped on 09/13/10 | 7100-004 | | 5,080.15 | 10,925.38 |
| 05/17/10 | 10113 | PYOD LLC its successors and assigns as assignee of | Dividend paid 33.30% on $12,082.16; Claim# 7; Filed: $12,082.16; Reference: Stopped on 09/13/10 | 7100-004 | | 4,023.58 | 6,901.80 |
| 05/17/10 | 10114 | PYOD LLC its successors and assigns as assignee of | Dividend paid 33.30% on $5,270.66; Claim# 8; Filed: $5,270.66; Reference: Stopped on 09/13/10 | 7100-004 | | 1,755.22 | 5,146.58 |
| 05/17/10 | 10115 | Chase Bank USA,N.A. | Dividend paid 33.30% on $2,277.46; Claim# 9; Filed: $2,277.46; Reference: | 7100-000 | | 758.43 | 4,388.15 |
| 05/17/10 | 10116 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 33.30% on $833.26; Claim# 10; Filed: $833.26; Reference: | 7100-000 | | 277.49 | 4,110.66 |
| 05/17/10 | 10117 | GE Money Bank dba OLD NAVY | Dividend paid 33.30% on $269.95; Claim# 11; Filed: $269.95; Reference: | 7100-000 | | 89.90 | 4,020.76 |
| 05/17/10 | 10118 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 33.30% on $12,073.72; Claim# 12; Filed: $12,073.72; Reference: | 7100-000 | | 4,020.76 | 0.00 |
| 09/13/10 | 10110 | PYOD LLC its successors and assigns as assignee of | Dividend paid 33.30% on $525.43; Claim# 4; Filed: $525.43; Reference: Stopped: check issued on 05/17/10 | 7100-004 | | -174.98 | 174.98 |

Subtotals :      $38,238.42      $38,063.44

{} Asset reference(s)                                                              Printed: 11/05/2010 11:59 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 09-72851  
**Case Name:** ADOLPHSON, MARK R  
　　　　　　　ADOLPHSON, JONNA D  
**Taxpayer ID #:** **-***9445  
**Period Ending:** 11/05/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******42-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/13/10 | 10111 | PYOD LLC its successors and assigns as assignee of | Dividend paid  33.30% on $10,483.28; Claim# 5; Filed: $10,483.28; Reference:<br>Stopped: check issued on 05/17/10 | 7100-004 | | -3,491.12 | 3,666.10 |
| 09/13/10 | 10112 | PYOD LLC its successors and assigns as assignee of | Dividend paid  33.30% on $15,254.89; Claim# 6; Filed: $15,254.89; Reference:<br>Stopped: check issued on 05/17/10 | 7100-004 | | -5,080.15 | 8,746.25 |
| 09/13/10 | 10113 | PYOD LLC its successors and assigns as assignee of | Dividend paid  33.30% on $12,082.16; Claim# 7; Filed: $12,082.16; Reference:<br>Stopped: check issued on 05/17/10 | 7100-004 | | -4,023.58 | 12,769.83 |
| 09/13/10 | 10114 | PYOD LLC its successors and assigns as assignee of | Dividend paid  33.30% on $5,270.66; Claim# 8; Filed: $5,270.66; Reference:<br>Stopped: check issued on 05/17/10 | 7100-004 | | -1,755.22 | 14,525.05 |
| 09/14/10 | 10119 | United States Bankruptcy Court | Turnover of monies from cks over 90-days old | 7100-000 | | 14,525.05 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 38,238.42 | 38,238.42 | $0.00 |
| Less: Bank Transfers | | 38,238.42 | 0.00 | |
| **Subtotal** | | 0.00 | 38,238.42 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$38,238.42** | |

Net Receipts :　　40,012.42  
　　　　　　　　　_____  
Net Estate :　　$40,012.42

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****42-65 | 40,010.66 | 0.00 | 0.00 |
| Checking # ***-*****42-66 | 0.00 | 1,774.00 | 0.00 |
| MMA # 9200-******42-65 | 1.76 | 0.00 | 0.00 |
| Checking # 9200-******42-66 | 0.00 | 38,238.42 | 0.00 |
| | **$40,012.42** | **$40,012.42** | **$0.00** |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 11/05/2010 11:59 AM    V.12.54